IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| VERONICA BAXTER, as Personal Representative of the ESTATE OF ANGELO J. CROOMS, Deceased,<br><br>AL-QUAN PIERCE, as Personal Representative of the ESTATE OF SINCERE PIERCE, Deceased,<br><br>      Plaintiffs,<br>  v.<br><br>JAFET SANTIAGO-MIRANDA, individually and as an agent of BREVARD COUNTY SHERIFF'S OFFICE; CARSON HENDREN, individually and as an agent of BREVARD COUNTY SHERIFF'S OFFICE; and WAYNE IVEY, in his official capacity as BREVARD COUNTY SHERIFF,<br><br>      Defendants. | |

**RULE 2.01(C) MOTION FOR SPECIAL ADMISSION
BY NON-RESIDENT ATTORNEY JOHN MARRESE**

Non-resident attorney, John Marrese of Hart McLaughlin & Eldridge, LLC, respectfully moves for special admission to practice in this matter pursuant to Local Rule 2.01(c) and the Clerk's notice (Dkt. #3) and states the following in support:

1. I am an attorney for Plaintiffs in this cause and am a resident of the State of Illinois. I am not a resident of Florida and am not a member of the Florida bar.

2. I am admitted and a member in good standing to practice in Illinois (ARDC #6306516) as well as the U.S. District Court for the Northern District of Illinois, among other federal districts.

3. I have not abused the privilege of special admission by maintaining a regular practice of law in Florida.

4. I have not appeared in any cases in state or federal court in Florida for the last 36 months.

5. I satisfy the additional requirements for special admission, including:

   a. I am familiar with 28 U.S.C. § 1927.

   b. I will comply with the Federal Rules of Civil Procedure and the Local Rules of this Court.

   c. I have submitted registration with the Middle District of Florida's CM/ECF system, which has responded that this Court must grant this motion before registration can be granted.

   d. I affirm the Oath of Admission to the Florida Bar and the bar of this Court.

WHEREFORE, non-resident attorney, John Marrese of Hart McLaughlin & Eldridge, LLC, respectfully requests that the Court grant him special admission to practice in this matter.

Dated: April 23, 2021                    Respectfully submitted,

Veronica Baxter, as Administrator of the
Estate of Angelo J. Crooms, Deceased; and
Al-Quan Pierce, as Administrator of the
Estate of Sincere Pierce, Deceased


                            By:   /s/   *John Marrese*
                                        John Marrese


Ben Crump
BEN CRUMP LAW
122 S. Calhoun Street
Tallahassee, Florida 32301
(800) 713-1222

ben@bencrump.com

Natalie Jackson
THE LAW OFFICE OF NATALIE JACKSON
121 S. Orange Avenue, Suite 1500
Orlando, FL 32801
(407) 437-9295
natalie@nataliejacksonlaw.com

Steven Hart*
Brian Eldridge*
John Marrese*
HART MCLAUGHLIN & ELDRIDGE, LLC
22 W. Washington Street, Suite 1600
Chicago, Illinois 60602
(312) 955-0545
shart@hmelegal.com
beldridge@hmelegal.com
jmarrese@hmelegal.com

*Attorneys for Plaintiffs*

\* Pending Special Admission