# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

VERONICA BAXTER and AL-QUAN PIERCE,

      Plaintiffs,

v.                                            Case No: 6:21-cv-718-CEM-LRH

JAFET SANTIAGO-MIRANDA,
CARSON HENDREN and WAYNE IVEY,

      Defendants.

## ORDER
(And Direction to the Clerk of Court)

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **RULE 2.01(C) MOTION FOR SPECIAL ADMISSION BY NON-RESIDENT ATTORNEY BRIAN ELDRIDGE (Doc. No. 4)** |
| **FILED:** | April 27, 2021 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

| | |
|---|---|
| **MOTION:** | **RULE 2.01(C) MOTION FOR SPECIAL ADMISSION BY NON-RESIDENT ATTORNEY STEVEN HART (Doc. No. 5)** |
| **FILED:** | April 27, 2021 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

- 2 -

| | |
|---|---|
| **MOTION:** | **RULE 2.01(C) MOTION FOR SPECIAL ADMISSION BY NON-RESIDENT ATTORNEY JOHN MARRESE (Doc. No. 6)** |
| **FILED:** | April 27, 2021 |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.[1]

Brian Eldridge, Esq., Steven Hart, Esq., and John Marrese, Esq. may specially appear in this case as counsel of record for Plaintiffs. Attorneys Eldridge, Hart, and Marrese shall immediately begin using the CM/ECF docket system and begin filing electronically. Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov under "CM/ECF." Once registered for CM/ECF and added as counsel of record in the case, counsel will receive the Notification of Electronic Filing [NEF] on all documents filed.

The Clerk of Court is directed to mail a copy of this Order to Attorneys Eldridge, Hart, and Marrese. Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

Orders permitting counsel to appear specially in this case should not be construed as a finding that the work of multiple attorneys is necessary to prosecute or defend the case. I note that with the appearance of Attorneys Eldridge, Hart, and Marrese, Plaintiffs have five (5) attorneys of record.

---

[1] The Court notes that Plaintiffs' motions do not comply with the typography requirements set forth in Local Rule 1.08. Given the recent changes to the Local Rules, the Court will accept the filings, but cautions that future filings must comply with the current version of the Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on April 28, 2021.

*[Signature]*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties