# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

VERONICA BAXTER and AL-QUAN
PIERCE,

        **Plaintiffs,**

v.                                      Case No: 6:21-cv-718-CEM-LRH

JAFET SANTIAGO-MIRANDA,
CARSON HENDREN and WAYNE IVEY,

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING   (Doc. No. 8)
>
> **FILED:**      May 5, 2021
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Defendants to answer or otherwise respond to the complaint (Doc. No. 1) is extended up to and including June 8, 2021.   No other deadlines are extended by this Order.

**DONE** and **ORDERED** in Orlando, Florida on May 6, 2021.

*/s/ Leslie R. Hoffman*
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

- 2 -

Copies furnished to:

Counsel of Record